IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER D. LANGLAIS, | **4:25CV3112** |
| Plaintiff, | |
| vs. | |
| LINCOLN SPORTS FOUNDATION, INC., | **FINAL PROGRESSION ORDER (AMENDED)** |
| Defendant and Third-Party Plaintiff, | |
| PAT THOMAS CONSTRUCTION, INC. a Nebraska corporation, and WESTERN WORLD INSURANCE COMPANY, a New Hampshire corporation, | |
| Third-Party Defendants. | |

IT IS ORDERED that the joint motion to amend, Filing No. 63, is granted. The final progression order, Filing No. 33, is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for December 1, 2026 is underlined continued and will be held with the undersigned magistrate judge on **May 11, 2027** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

1

2)   The deadline for serving any outstanding initial mandatory disclosures under Rule 26(a)(1) is 60 days after the filing of a responsive pleading.

3)   The deadlines for moving to amend pleadings or add parties is November 2, 2026

4)   The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is January 4, 2027. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by January 18, 2027.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5)   The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|   |   |
|---|---|
| For the plaintiff(s): | February 1, 2027. |
| For the defendant(s): | March 1, 2027. |

6)   The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|   |   |
|---|---|
| For the plaintiff(s): | March 4, 2027. |
| For the defendant(s): | April 5, 2027. |
| Rebuttal: | April 19, 2027. |

7)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 31, 2027.

8)   The deadline for filing motions to dismiss and motions for summary judgment is July 6, 2027.

9)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 31, 2027.

2

10)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

11)    All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 7th day of May, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

3